```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
 SHAYNE LIBURD,                                             :
                                                            :
                            Plaintiff,                      :
                                                            :           22-CV-1856 (VSB)
                -against-                                   :
                                                            :               ORDER
 PATTERSON COMPANIES, LLC, et al.,                          :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff removed this action from state court on March 4, 2022.  (Doc. 1.)  Defendants filed their answer on March 11, 2022.  (Doc. 3.)  On March 14, 2022, I issued an Order and Notice of Initial Conference.  (Doc. 4.)  I ordered the parties to meet and confer and submit their Case Management Plan and Scheduling Order and joint letter by March 28, 2022.  (*Id.*)  The parties filed the joint letter, but failed to file a Case Management Plan and Scheduling Order.  (Doc. 6.)  On March 29, 2022, I ordered the parties to submit the Order by April 6, 2022, which the parties have not done.  (Doc. 7.)  It is hereby:

ORDERED that Plaintiff meet and confer with Defendant and submit the Case Management Plan and Scheduling Order on or before April 15, 2022.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 7, 2022
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge