```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SHAYNE LIBURD,                           :     22cv1856 (DLC)
                                         :
                    Plaintiff,           :     ORDER
          -v-                            :
                                         :
PATTERSON COMPANIES LLC, et al.          :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   This case has been reassigned to me for all purposes. Accordingly, it is hereby

   ORDERED that the parties shall appear at a conference on **August 17, 2022 at 10:00 a.m.** to be held telephonically. The parties shall use the following dial-in credentials for the conference.

   Dial-in: 888-363-4749
   Access code: 4324948

The parties shall use a landline if one is available.

   SO ORDERED:

Dated:   New York, New York
         August 16, 2022

                                   _____
                                         DENISE COTE
                                   United States District Judge