```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SHAYNE LIBURD,                        :    22cv1856 (DLC)
                                      :
                    Plaintiff         :
          v.                          :        ORDER
                                      :
PATTERSON COMPANIES LLC, et al.,      :
                                      :
                    Defendants.       :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that, assuming this Court's calendar permits, this case is placed on the **February 13, 2023** trial ready calendar. You must be ready to proceed on 24 hours notice. You may contact the Deputy Clerk, Jared Whertvine, to learn where your case stands on the calendar.

SO ORDERED:

Dated:   New York, New York
         November 29, 2022

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE